# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANIXTER INTERNATIONAL INC., SAMUEL ZELL, LORD JAMES BLYTH, FREDERIC F. BRACE, LINDA WALKER BYNOE, ROBERT J. ECK, WILLIAM A. GALVIN, F. PHILIP HANDY, MELVYN N. KLEIN, JAMIE MOFFITT, GEORGE MUÑOZ, SCOTT R. PEPPET, VALARIE L. SHEPPARD, WILLIAM S. SIMON, and CHARLES M. SWOBODA, <br><br> Defendants. | ) ) ) ) ) Case No. 1:19-cv-02239-LPS ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: January 17, 2020

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com